**No. 10-10. Michael D. Turner, Petitioner v. Rebecca L. Rogers, et al.**

562 U.S. 1002, 131 S. Ct. 504, 178 L. Ed. 2d 369, 2010 U.S. LEXIS 8485.

November 1, 2010. Motion of Larry E. Price, Sr. for leave to intervene granted. Motion of respondents for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the Supreme Court of South Carolina granted. In addition to the question presented by the petition the parties are directed to brief and argue the following question: "Does the Court have jurisdiction to review the decision of the South Carolina Supreme Court?"

Same case below, 387 S.C. 142, 691 S.E.2d 470.

**No. 10-114. Ricky D. Fox, Petitioner v. Billy Ray Vice, Chief of Police for the Town of Vinton, et al.**

562 U.S. 1002, 131 S. Ct. 505, 178 L. Ed. 2d 369, 2010 U.S. LEXIS 8502.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit granted.

Same case below, 594 F.3d 423.

**No. 09-1367. Martin Rosillo-Puga, aka Martin Puga, aka Martin Rosillo, Petitioner v. Eric H. Holder Jr., Attorney General.**

562 U.S. 1002, 131 S. Ct. 502, 178 L. Ed. 2d 369, 2010 U.S. LEXIS 8520.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 580 F.3d 1147.

**No. 09-1378. Eddie Mendiola, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 1002, 131 S. Ct. 502, 178 L. Ed. 2d 369, 2010 U.S. LEXIS 8535.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 585 F.3d 1303.

**No. 09-1554. Rex Shelby, Petitioner v. United States.**

562 U.S. 1002, 131 S. Ct. 503, 178 L. Ed. 2d 369, 2010 U.S. LEXIS 8545.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 604 F.3d 881.

**No. 09-1561. Brandon Mayfield, et al., Petitioners v. United States.**

562 U.S. 1002, 131 S. Ct. 503, 178 L. Ed. 2d 369, 2010 U.S. LEXIS 8539.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 599 F.3d 964.